IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: TESTOSTERONE REPLACEMENT THERAPY PRODUCTS LIABILITY LITIGATION | ) ) ) ) Case No. 14 CV 1748<br>MDL No. 2545 |
| This Document Relates To:<br>*Robert Wilson v. AbbVie Inc. et al.*<br>Case No. 1:16-cv-02820 | ) ) ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Robert Wilson and Defendants hereby stipulate and agree that any and all claims asserted by and on behalf of Plaintiffs against Defendants in the above-captioned case be and are hereby dismissed with prejudice. The parties further agree to bear their own fees and costs.

Respectfully Submitted,

*/s/ David T. Sirotkin*
David T. Sirotkin
**Morelli Law Firm, PLLC**
777 Third Avenue
31st Floor
New York, NY 10017
Telephone: (212)751.9800
Email: dsirotkin@morellilaw.com

*/s/ Katherine Unger*
Katherine Unger
**Dechert LLP**
Cira Centre
2929 Arch Street
Philadelphia, PA 19104
Telephone: (215) 994.2015
Email: Katherine.ungerdavis@dechert.com

Dated: July 25, 2016

## CERTIFICATE OF SERVICE

I hereby certify that on July 25, 2016 I electronically filed the foregoing document with the Clerk of the Court using *CM/ECF,* which will deliver the document to all counsel of record.

*/s/ David T. Sirotkin*